**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-4128**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

GARLAND SANGRIA SLADE,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:19-cr-00432-WO-1)

---

Submitted:  October 7, 2024                    Decided:  October 9, 2024

---

Before KING, GREGORY, and WYNN, Circuit Judges.

---

Affirmed and remanded by unpublished per curiam opinion.

---

**ON BRIEF:**  Rebecca A. Olla, LAW OFFICE OF REBECCA A. OLLA, Durham, North Carolina, for Appellant.  Julie Carol Niemeier, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Garland Sangria Slade appeals the district court's judgment revoking his term of supervised release and imposing a sentence of 12 months' imprisonment and 12 months' supervised release. On appeal, Slade's counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), stating that there are no meritorious grounds for appeal. Although he was notified of his right to do so, Slade has not filed a pro se supplemental brief. The Government has declined to file a response brief.

In accordance with *Anders*, we have reviewed the entire record in this case and have found no potentially meritorious grounds for appeal. We therefore affirm. At the revocation proceedings, the district court revoked Slade's supervised release based on only the second of two alleged violations ("Violation 2"). Because the court's judgment incorrectly states that Slade also committed Violation 1, we remand so that the district court may correct this clerical error. *See* Fed. R. Crim. P. 36.

This court requires that counsel inform Slade, in writing, of the right to petition the Supreme Court of the United States for further review. If Slade requests that a petition be filed, but counsel believes that such a petition would be frivolous, then counsel may move in this court for leave to withdraw from representation. Counsel's motion must state that a copy thereof was served on Slade. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AND REMANDED*

2